| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Billie Jo Little |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of TN (State) |
| Case number | 18-05181 |

# Form 4100R
## Response to Notice of Final Cure Payment                                        10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as

**Court claim no. (if known):** 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 4937 ___ ___ ___

**Property address:** 9880 Versailles Rd
Number     Street

Rockvale, TN 37153
City         State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 /01 /2021
                                                                MM/ DD /YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:            + (b) $ _____

c. **Total.** Add lines a and b.                                                (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___/___/___
                                                                            MM/ DD /YYYY

| Debtor 1 | Billie Jo Little | | | Case number (if known) 18-05181 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Edward D. Russell     Date 03 / 18 / 2021
Signature

Print  Edward        D.          Russell            Title  authorized agent
       First Name    Middle Name  Last Name

Company  The SR Law Group

If different from the notice address listed on the proof of claim to which this response applies:

Address  PO Box 128
         Number      Street

         Mt Juliet                    TN      37121
         City                         State   ZIP Code

Contact phone  (615) 559 – 3190              Email  erussell@thesrlawgrou.

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2021, a true and correct copy of the foregoing was served by regular mail upon the Debtor, Billie Jo Little, 9880 Versailles Rd, Rockvale, TN 37153; counsel for the Debtor, The Law Office of Galen W. Pierce, 307 Hickerson Drive, Murfreesboro, TN 37129, by electronic notice; Henry Edward Hildebrand, III, Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203-0019, by electronic notice; and electronically to those identified on the CM/ECF system for this case.

By: /s/*Edward D. Russell*
Edward D. Russell